| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | David Carter | 12/3/1953 | OH | Southern District of Ohio | No | Ross County Water Co (OH7101412) | No | Kidney Cancer | 1-9 |
| 2 | Gregory Lewis | 8/5/1961 | OH | Southern District of West Virginia | No | WVAWC - Huntington District (WV3300608) | No | Kidney Cancer | 1-9 |
| 3 | Robert Lewis | 8/20/1955 | VA | District of Oregon | No | Tualatin Valley Water District (OR4100665) | No | Kidney Cancer | 1-9 |
| 4 | Wesley Leytham | 8/4/1975 | AL | Southern District of Alabama | No | Emerald Coast Utilities Authority (FL1170525) | No | Testicular Cancer | 1-9 |
| 5 | Ian Lilien | 7/27/1967 | PA | Eastern District of Pennsylvania | No | Artesian Water Company (DE0000552) | No | Kidney Cancer | 1-9 |
| 6 | Nancy C. Lindley Speilman | 12/14/1960 | AR | Eastern District of California | No | California Water Service - Bakersfield (CA1510003) | No | Kidney Cancer | 1-9 |
| 7 | Suzzanne Lloyd Frieze | 9/29/1957 | UT | District of Utah | No | City of Baltimore (MD0300002) | No | Kidney Cancer | 1-9 |
| 8 | Samantha Lopez | 8/18/1993 | NJ | Eastern District of New York | No | New York City System (NY7003493) | No | Ulcerative Colitis | 1-9 |
| 9 | Debra Lowe | 2/24/1967 | IN | Northern District of Indiana | No | City Of Lufkin (TX0030004) | No | Kidney Cancer | 1-9 |
| 10 | Michael Luciani | 11/11/1981 | MA | District of Massachusetts | No | Wakefield Water Department (MA3305000) | No | Testicular Cancer | 1-9 |
| 11 | Tracy Lundgren | 5/12/1969 | OR | District of Oregon | No | Kent Water Department (WA5338150) | No | Kidney Cancer | 1-9 |
| 12 | Robert MacKenna | 2/5/1959 | OK | District of Massachusetts | No | Westfield DPW Water Division (MA1329000) | No | Kidney Cancer | 1-9 |
| 13 | Kelly Maloney | 12/14/1964 | NJ | District of New Jersey | No | Fairfax County Water (VA6059501) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 14 | Noah Mancuso | 5/7/1997 | GA | Northern District of Georgia | No | City of Vienna (WV3305411) | No | Testicular Cancer | 1-9 |
| 15 | Tramayne Manor | 4/3/1979 | FL | District of New Jersey | No | Atlantic City MUA (NJ0102001) | No | Kidney Cancer | 1-9 |
| 16 | Joseph Marc | 1/2/1966 | SC | District of South Carolina | No | Palm Beach County Water Utilities (FL4504393) | No | Kidney Cancer | 1-9 |
| 17 | Lawrence Marchese | 3/31/1968 | NC | District of New Jersey | No | Fair Lawn Water Department (NJ0217001) | No | Testicular Cancer | 1-9 |
| 18 | Matthew Marquardt | 6/2/1995 | CO | District of South Carolina | No | Mt. Pleasant Water Works (SC1010002) | No | Kidney Cancer | 1-9 |
| 19 | Frank Manzo | 10/2/1967 | WI | Northern District of Illinois | No | Chicago (IL0316000) | No | Kidney Cancer | 1-9 |
| 20 | Ronald Martin | 9/13/1976 | VA | District of New Jersey | No | Merchantville Pennsauken (NJ0424001) | No | Ulcerative Colitis | 1-9 |
| 21 | Arnnold A Martinez Sierra | 1/31/1969 | TX | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Testicular Cancer | 1-9 |
| 22 | Roy Martinez | 5/10/1959 | OR | District of Oregon | No | Hernando County Utilities - West (FL6277059) | No | Testicular Cancer | 1-9 |
| 23 | William Martins | 2/19/1961 | FL | District of Connecticut | No | New Britain Water Department (CT0890011) | No | Kidney Cancer | 1-9 |
| 24 | Dontonia Mason | 4/15/1978 | VA | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Liver Cancer | 1-9 |
| 25 | Jamie Matticks | 2/19/1970 | OR | District of Oregon | No | City Of Huntsville (TX2360001) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 26 | Lynn Maynor | 6/22/1979 | PA | Eastern District of Pennsylvania | No | East Orange Water Commission (NJ0705001) | No | Ulcerative Colitis | 1-9 |
| 27 | Douglas Mazzuca | 5/12/1954 | FL | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 28 | Ronald McCarthy | 1/22/1961 | FL | District of Massachusetts | No | Worcester DPWP (MA2348000) | No | Kidney Cancer | 1-9 |
| 29 | Deena McClain | 9/7/1962 | WI | Northern District of Illinois | No | North Park PWD (IL2015500) | No | Kidney Cancer | 1-9 |
| 30 | Robin McComb | 7/13/1953 | NJ | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Ulcerative Colitis | 1-9 |
| 31 | Cynthia McCune | 11/22/1963 | VA | Northern District of Illinois | No | Evanston (IL0310810) | No | Kidney Cancer | 1-9 |
| 32 | Theresa McLaughlin | 11/17/1960 | SC | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 33 | Ida McMahon | 5/1/1948 | NV | Northern District of California | No | San Jose Water (CA4310011) | No | Kidney Cancer | 1-9 |
| 34 | Kenneth McNatt | 8/31/1951 | TX | Central District of California | No | City of Anaheim (CA3010001) | No | Kidney Cancer | 1-9 |
| 35 | Debbie Meechin | 4/29/1958 | FL | District of Massachusetts | No | Northfield Water District (MA1217000) | No | Ulcerative Colitis | 1-9 |
| 36 | Edward Mersereau | 8/6/1962 | FL | District of Connecticut | No | Manchester Water Department (CT0770021) | No | Kidney Cancer | 1-9 |
| 37 | Moshe Miller | 9/24/1988 | FL | District of New Jersey | No | Veolia Water New Jersey Hackensack (NJ0238001) | No | Testicular Cancer | 1-9 |
| 38 | Mary Mills | 5/9/1953 | NC | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 39 | Susan Mirzadeh | 4/12/1970 | NV | Northern District of California | No | San Jose Water (CA4310011) | No | Liver Cancer | 1-9 |
| 40 | Francis Missino | 3/16/1987 | NJ | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 41 | Jennifer Mitchell | 7/10/1974 | KY | Eastern District of Kentucky | No | Clermont Public Water System (OH1302212) | No | Kidney Cancer | 1-9 |
| 42 | Edward Montanaro | 7/14/1978 | FL | District of Connecticut | No | South Central Connecticut Regional Water Authority (CT0930011) | No | Kidney Cancer | 1-9 |
| 43 | Gerald Moore | 10/27/1975 | FL | District of Massachusetts | No | Lowell Regional Water Utility (MA3160000) | No | Kidney Cancer | 1-9 |
| 44 | Lula Moran | 7/15/1962 | CT | District of Connecticut | No | Meriden Water Division (CT0800011) | No | Kidney Cancer | 1-9 |
| 45 | Machelle Morningstar | 9/28/1961 | MD | District of South Carolina | No | Folly Beach City Of (1010005) (SC1010005) | No | Kidney Cancer | 1-9 |
| 46 | Eric Morrill | 6/21/1978 | NH | District of Massachusetts | No | Town of Billerica (MA3031000) | No | Testicular Cancer | 1-9 |
| 47 | John Morris Jr | 7/22/1953 | DE | District of Delaware | No | Howard County D.P.W. Distribution (MD0130002) | No | Kidney Cancer | 1-9 |
| 48 | Irving Mosley | 4/24/1968 | NH | District of Massachusetts | No | Fitchburg Dpw, Div. Of Water Supply (MA2097000) | No | Kidney Cancer | 1-9 |
| 49 | Rodney Mosley | 1/11/1987 | TX | Southern District of California | No | City Of San Diego (CA3710020) | No | Testicular Cancer | 1-9 |
| 50 | Jessie Moss | 10/2/1956 | TX | Northern District of California | No | San Jose Water (CA4310011) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 51 | Walter Mullen | 7/14/1975 | WV | Northern District of West Virginia | No | Millville Water Department (NJ0610001) | No | Testicular Cancer | 1-9 |
| 52 | Michael Murphy | 11/25/1958 | OK | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 53 | Will Murphy | 1/12/2000 | DC | District of Columbia | No | City Of Tempe (AZ0407100) | No | Testicular Cancer | 1-9 |
| 54 | Christopher Narlis | 10/12/1966 | PA | Eastern District of Pennsylvania | No | Aqua Water - Hamilton Square (NJ1103001) | No | Kidney Cancer | 1-9 |
| 55 | Adeel Nasir | 5/4/1992 | CA | Northern District of California | No | Alameda County Water District (CA0110001) | No | Ulcerative Colitis | 1-9 |
| 56 | Jesse Newmister | 7/29/1982 | TN | District of South Carolina | No | Folly Beach City Of (1010005) (SC1010005) | No | Testicular Cancer | 1-9 |
| 57 | Tanata Newton | 1/27/1982 | SC | District of South Carolina | No | Fayetteville Public Works Commission (NC0326010) | No | Kidney Cancer | 1-9 |
| 58 | Linda Nieman | 2/7/1961 | NV | Eastern District of California | No | City of Lodi (CA3910004) | No | Kidney Cancer | 1-9 |
| 59 | Patricia Noschese | | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Ulcerative Colitis | 1-9 |
| 60 | Constantine O Sayyah | 9/28/1968 | MA | District of Connecticut | No | Norwich Public Utilities Connecticut (CT1040011) | No | Testicular Cancer | 1-9 |
| 61 | James Oertel | 10/30/1960 | TX | District of Delaware | No | Artesian Water Company (DE0000552) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 62 | Sean O'Neill | 3/17/1965 | FL | District of New Jersey | No | NJ American Water - Short Hills (NJ0712001) | No | Kidney Cancer | 1-9 |
| 63 | John Oswald | 7/23/1959 | FL | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 64 | Kyle Palmer | 10/24/1984 | UT | District of Utah | Yes | City of Aurora (CO0103005) | No | Kidney Cancer | 1-9 |
| 65 | Michael Parker | 3/1/1960 | GA | Northern District of Georgia | No | City of Durham (NC0332010) | No | Testicular Cancer | 1-9 |
| 66 | Teresa Parsons | 2/4/1959 | FL | Southern District of West Virginia | No | WVAWC - Huntington District (WV3300608) | No | Kidney Cancer | 1-9 |
| 67 | John Patton | 4/1/1962 | SC | District of South Carolina | No | Western Virginia Water Authority (VA2770900) | No | Kidney Cancer | 1-9 |
| 68 | Rick Pena | 5/22/1965 | OH | Northern District of Illinois | No | Fox Lake (IL0970200) | No | Kidney Cancer | 1-9 |
| 69 | Marco Perez Coronado | 12/2/1967 | NJ | District of Delaware | No | Artesian Water Company (DE0000552) | No | Kidney Cancer | 1-9 |
| 70 | Vanessa Perez | 4/5/1983 | CT | District of Connecticut | No | Providence-City Of (RI1592024) | No | Testicular Cancer | 1-9 |
| 71 | Robert Perry | 6/15/1961 | FL | Middle District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 72 | Jon Persinger | 5/21/1962 | TX | Western District of Texas | No | City Of Pflugerville (TX2270014) | No | Kidney Cancer | 1-9 |
| 73 | Lucas Peterson | 9/23/1996 | PA | Eastern District of Pennsylvania | No | Liberty Pws (MO1010466) | No | Testicular Cancer | 1-9 |
| 74 | Pamela Peterson | 4/14/1968 | SC | District of South Carolina | No | City of Florence (SC2110001) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 75 | Jason Petty | 5/15/1975 | IN | Southern District of Indiana | No | Indiana American Water- Terre Haute (IN5284012) | No | Kidney Cancer | 1-9 |
| 76 | Sandra Pfaff | 7/8/1957 | IL | Northern District of Illinois | No | City Of North Chicago (IL0971250) | No | Kidney Cancer | 1-9 |
| 77 | Justin Pfaltzgraff | 6/3/1978 | FL | Middle District of Florida | Yes | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 78 | David Phan | 2/10/1962 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 79 | Linda Phelan | 10/4/1947 | NY | Southern District of New York | No | Petersburg, City Of (VA3730750) | No | Kidney Cancer | 1-9 |
| 80 | Annie Phillips | 12/18/1965 | VA | Eastern District of Virginia | No | PWCSA - East (VA6153600) | No | Kidney Cancer | 1-9 |
| 81 | Christopher Phillips | 3/22/1990 | TX | Eastern District of Texas | No | Dallas Water Utility (TX0570004) | No | Ulcerative Colitis | 1-9 |
| 82 | Felicia Phillips | 9/8/1975 | NC | District of New Jersey | No | City of Camden (NJ0408001) | No | Ulcerative Colitis | 1-9 |
| 83 | Jesse Phillips | 10/26/2003 | MA | District of Massachusetts | No | Danvers Water Department (MA3071000) | No | Testicular Cancer | 1-9 |
| 84 | Alvana Pickett | 2/19/1989 | KY | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Ulcerative Colitis | 1-9 |
| 85 | Ivan Pickett | 9/12/1969 | NC | Eastern District of North Carolina | No | Cape Fear Public Utilities Authority - Wilmington (NC0465010) | No | Kidney Cancer | 1-9 |
| 86 | Ryan Pickett | 10/8/1980 | FL | District of Utah | No | Provo City (UTAH25006) | No | Testicular Cancer | 1-9 |
| 87 | Saul Piedrahita | 12/18/1990 | NJ | District of New Jersey | No | NJ American Water - Coastal North (NJ1345001) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 88 | Vernon Piel | 3/19/1968 | OK | Eastern District of Oklahoma | No | Skiatook Pwa (OK1021313) | No | Kidney Cancer | 1-9 |
| 89 | Remell Pielach | 5/25/1959 | AL | Northern District of Alabama | No | Muscle Shoals Utility Board (AL0000321) | No | Kidney Cancer | 1-9 |
| 90 | Michael Pierce | 9/12/1986 | MA | District of Massachusetts | No | Hanover Water Department (MA4122000) | No | Testicular Cancer | 1-9 |
| 91 | Tonya Pierce | 4/12/1967 | IL | Central District of Illinois | No | Bloomington (IL1130200) | No | Kidney Cancer | 1-9 |
| 92 | Margaret A Piil | 9/25/1946 | NY | Eastern District of New York | No | NJ American Water - Atlantic County (NJ0119002) | No | Kidney Cancer | 1-9 |
| 93 | Marc Pike | 10/23/2005 | CA | Central District of California | No | Azusa Light & Water (CA1910007) | No | Ulcerative Colitis | 1-9 |
| 94 | Tony Pineyro | 3/30/1985 | MA | District of Massachusetts | No | Templeton Munic. Light And Water Plant (MA2294000) | No | Testicular Cancer | 1-9 |
| 95 | Jordan Pinkston | 7/6/1989 | AL | Southern District of Alabama | No | Saraland Water & Sewer Service (AL0001021) | No | Testicular Cancer | 1-9 |
| 96 | James Pinto | 9/29/1961 | CT | District of Connecticut | No | Southington Water Department (CT1310011) | No | Testicular Cancer | 1-9 |
| 97 | Gregory Pintor | 4/8/1956 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Ulcerative Colitis | 1-9 |
| 98 | Debra Pisnoy | 8/24/1962 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 99 | Anthony Pitlik | 3/19/1951 | WI | Western District of Wisconsin | No | Rhinelander Water & Wastewater (WI7440126) | No | Kidney Cancer | 1-9 |
| 100 | Fernando Pizarro | 11/27/1973 | TX | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 101 | Yvonne Pizzi | 8/22/1977 | MA | District of Massachusetts | No | Middleborough Water Supply (MA4182000) | No | Kidney Cancer | 1-9 |
| 102 | Brent Pizzo | 7/8/1991 | FL | Middle District of Florida | No | Hernando County Utilities - West (FL6277059) | No | Testicular Cancer | 1-9 |
| 103 | Donna Pizzurro | 6/9/1948 | CA | Northern District of California | No | San Jose Water (CA4310011) | No | Kidney Cancer | 1-9 |
| 104 | Mark Plante | 4/2/1977 | NH | District of Arizona | No | City of Tucson (AZ0410112) | No | Testicular Cancer | 1-9 |
| 105 | Richard Matthew Plesher | 6/15/1960 | NC | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Testicular Cancer | 1-9 |
| 106 | Ross Plumpton | 3/16/1992 | TX | Northern District of Texas | No | City Of Mansfield (TX2200018) | No | Testicular Cancer | 1-9 |
| 107 | Robert Poelker | 12/19/1956 | NY | Northern District of New York | No | Greenlawn Water District (NY5103271) | No | Kidney Cancer | 1-9 |
| 108 | George Polansky | 4/27/1950 | FL | Northern District of Florida | No | City of Fort Lauderdale (FL4060486) | No | Kidney Cancer | 1-9 |
| 109 | Pamela Polius | 10/28/1956 | TX | Southern District of Texas | No | City of Baytown (TX1010003) | No | Kidney Cancer | 1-9 |
| 110 | Ryan Pollastrelli | 11/1/1988 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Testicular Cancer | 1-9 |
| 111 | Jennifer Lynn Pool | 5/11/1987 | MT | District of Montana | No | Kalispell Public Works (MT0000259) | No | Kidney Cancer | 1-9 |
| 112 | Mr. Kenneth Pope | 10/3/1952 | TX | Central District of California | No | City of Riverside (CA3310031) | No | Liver Cancer | 1-9 |
| 113 | JoAnn Popiel | 8/9/1938 | CO | District of Colorado | No | City of Thornton (CO0101150) | No | Kidney Cancer | 1-9 |
| 114 | Andre Porcher | 10/19/1965 | SC | District of South Carolina | No | Summerville CPW (SC1810003) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 115 | Brandon Porter | 2/16/1996 | NC | Eastern District of North Carolina | No | City Of Goldsboro (NC0496010) | No | Testicular Cancer | 1-9 |
| 116 | Derryl Porter | 3/22/1952 | KY | Western District of Kentucky | No | Indiana American Water - Charlestown (IN5210003) | No | Kidney Cancer | 1-9 |
| 117 | Robert Porter | 10/29/1974 | IN | Southern District of Indiana | No | Anderson Water Department (IN5248002) | No | Kidney Cancer | 1-9 |
| 118 | Christopher Posada | 10/11/1985 | NJ | District of New Jersey | No | Veolia Water New Jersey Hackensack (NJ0238001) | No | Testicular Cancer | 1-9 |
| 119 | Casey Post | 7/5/1996 | NJ | District of New Jersey | No | NJ American Water - Coastal North (NJ1345001) | No | Testicular Cancer | 1-9 |
| 120 | Doris Potocki | 11/27/1943 | IL | Southern District of Illinois | No | Paducah Water Works (KY0730533) | No | Kidney Cancer | 1-9 |
| 121 | Angela Potter | 6/22/1978 | FL | District of New Jersey | No | City of Camden (NJ0408001) | No | Kidney Cancer | 1-9 |
| 122 | George Poulos | 1/31/1992 | IL | Central District of Illinois | No | Il American - Lincoln (IL1075030) | No | Testicular Cancer | 1-9 |
| 123 | Alexandra Powell | 10/30/1988 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Ulcerative Colitis | 1-9 |
| 124 | Chris Powell | 3/4/1982 | IL | Central District of Illinois | No | East Moline (IL1610250) | No | Testicular Cancer | 1-9 |
| 125 | Dempsey Powell | 7/12/1956 | IL | Central District of Illinois | No | Abingdon (IL0950050) | No | Kidney Cancer | 1-9 |
| 126 | Marian Powell | 9/16/1959 | IL | Central District of Illinois | No | Illinois American-Peoria (IL1435030) | No | Kidney Cancer | 1-9 |
| 127 | Robert W Powell | 2/25/1972 | VA | Eastern District of Virginia | No | Fairfax County Water (VA6059501) | No | Kidney Cancer | 1-9 |
| 128 | Valrie Powell | 2/27/1952 | FL | Southern District of Florida | No | City of North Miami (FL4130977) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 129 | Beth Powers | 12/13/1971 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Ulcerative Colitis | 1-9 |
| 130 | Michael Powers | 7/14/1998 | SC | District of South Carolina | No | Laurens County W&S Comm (SC3020001) | No | Testicular Cancer | 1-9 |
| 131 | Phillip Powers | 12/28/1961 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 132 | Porter Reeves | 12/19/1959 | FL | Eastern District of Pennsylvania | No | Warminster Municipal Authority (PA1090069) | No | Kidney Cancer | 1-9 |
| 133 | Grady Reynolds | 8/9/1956 | TN | Eastern District of Tennessee | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 134 | Michael Roberts | 9/29/1961 | TN | Middle District of Florida | No | HCPUD/South-Central (FL6290787) | No | Kidney Cancer | 1-9 |
| 135 | Travis Silva | 1/2/1998 | NH | District of Massachusetts | No | Lowell Regional Water Utility (MA3160000) | No | Testicular Cancer | 1-9 |
| 136 | Teri Singer | 5/27/1984 | OH | Southern District of West Virginia | No | Parkersburg Utility Board (WV3305407) | No | Ulcerative Colitis | 1-9 |
| 137 | James Spradling | 9/12/1947 | TN | Eastern District of North Carolina | No | Cape Fear Public Utilities Authority - Wilmington (NC0465010) | No | Kidney Cancer | 1-9 |
| 138 | Luis Torres | 12/4/1979 | FL | Eastern District of Pennsylvania | No | Wyomissing Borough Water System (PA3060083) | No | Testicular Cancer | 1-9 |
| 139 | William Wallcoen | 11/16/1952 | NC | Eastern District of California | No | City Of Atwater (CA2410001) | No | Kidney Cancer | 1-9 |
| 140 | Charles Williams | 6/10/1964 | TX | Eastern District of North Carolina | No | Franklin County Water & Sewer (NC0235030) | No | Kidney Cancer | 1-9 |